NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## IN RE WALTER F. BEINEKE

2011-1459
(Serial No. 10/919,574)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

Walter F. Beineke moves for a 31-day extension of time, until January 27, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 05 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alice O. Martin, Esq.
     Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 05 2012

JAN HORBALY
CLERK